*UNITED STATES BANKRUPTCY COURT*
*FOR THE MIDDLE DISTRICT OF FLORIDA*
*ORLANDO DIVISION*

**IN RE:**
**RIGAUD, ROBENSON**                                **CASE No.: 6:09-bk-07571-KSJ**
**RIGAUD, NORDENE DENISE**
_____**Debtors**_____/

**ORDER GRANTING**
**MOTION TO ALLOW DEBTORS TO ENTER A**
**MODIFICATION WITH BANK OF AMERICA HOME LOANS**
**DOC. NO. 54**

This case came before the court on February 9, 2010, for consideration upon Motion to Allow Debtors to Enter a Modification with Bank of America Home Loans (Doc. No. 54). After reviewing the pleading and having received no objections from interested parties the Court finds as follows:

1. The Motion was served on all interested parties with the Local Rule 2002-4 negative notice informing the parties of their opportunity to object within thirty (30) days of the date of service.

2. No party filed an objection within the time permitted; and

3. The Court therefore considers the matter unopposed;

It is therefore,

ORDERED:

1. The Motion to allow debtors to enter a modification with Bank of America Home Loans is GRANTED.

2. The modification is approved.

3. The debtors shall make the monthly mortgage payments outside of the chapter 13 plan directly to Bank of America Home Loans as outlined in the terms of the modification agreement.

4. Because the creditor is receiving payments outside of this Chapter 13 case, the automatic stay is modified as to Bank of America Home Loans, who may pursue <u>in rem</u> relief against any collateral, if appropriate, without seeking further Court approval.

DONE AND ORDERED on February 17, 2010.

_____
KAREN S. JENNEMANN
United States Bankruptcy Judge

Copies to:
Laurie K. Weatherford, Chapter 13 Trustee, P.O. Box 3450, Winter Park, FL 32790
Robert J. Pellegrino, 627 Hearthglen Blvd., Winter, Garden, FL 34787
All creditors and interested parties on the current mailing matrix